**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DELTON L. CURTIS, JR.,** | |
| Plaintiff, | 1:06-cv-1505 OWW LJO |
| v. | |
| **THE ESTATE OF CHARLES DEAN CURTIS,** | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| Defendant | |

**Pursuant to the request for voluntary dismissal submitted by the plaintiff, and no appearance having been made by the defendant, this matter is ordered dismissed without prejudice.** IT IS SO ORDERED.

**Dated:   November 7, 2006**           /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

1